UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   REGINA B FRANKLIN

CASE NO. 07 B 15443

CHAPTER 13

JUDGE: BRUCE W BLACK

   Debtor  
SSN XXX-XX-5271

---

## TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/24/07 and confirmed on 10/24/07.

2. The case was dismissed after confirmation, 12/19/2008.

3. The Debtor paid a total of $ 10190.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 5068.39 | .00 | 5068.39 |
| SAXON MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 1750.33 | .00 | 1535.08 |
| HSBC AUTO FINANCE | SECURED VEHIC | 570.82 | .00 | 570.82 |
| BECKET & LEE LLP | UNSECURED | 909.96 | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 3675.18 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 1408.77 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 6580.65 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4434.19 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 809.80 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1202.48 | .00 | .00 |
| MIDLAND FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 3330.59 | .00 | .00 |
| CHICAGO POST OFFICE EMP | SPECIAL CLASS | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 2675.60 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 290.20 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 58.70 | .00 | .00 |
| AFNI INSURANCE SERVICES | UNSECURED | 1430.32 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7389.54 | 290.20 | 26516.24 | .00 | 34195.98 |
| PRINCIPAL PAID | 7174.29 | .00 | .00 | .00 | 7174.29 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 7174.29 | .00 | .00 | .00 | 7174.29 |

The Debtor's attorney, ERNESTO D BORGES JR, was allowed $ 3500.00 and was paid $ 1026.00 direct and $ 2474.00 through the plan.

The Trustee received $ 541.71 .

Refunds to the Debtor totaled $ .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/12/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE